IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LINDA D. FERGUSON                                            PLAINTIFF

v.                       No. 4:20-cv-453-DPM

HARTFORD LIFE & ACCIDENT
INSURANCE COMPANY                                           DEFENDANTS

## JUDGMENT

Ferguson's complaint is dismissed with prejudice. The Court retains jurisdiction until 2 December 2020 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

2 October 2020